**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA SCOTT JOHNSON, deceased, by and through her personal legal representative and successor in interest, KOURTNE JOHNSON WARE; and KOURTNE JOHNSON WARE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CHESAPEAKE BAY HOLDINGS LLC dba CLEARWATER HEALTHCARE CENTER, a California Skilled Nursing Facility; COLORADO RIVER HOLDINGS LLC, a California Limited Liability Corporation; and DOES 1-25, inclusive,<br><br>Defendants,<br><br>-and-<br><br>DIANNE JOHNSON, an individual,<br><br>Nominal Defendants. | Case No. 2:21-cv-01962-MCE-AC<br><br>[Removal from Superior Court of California, County of San Joaquin Case No. STK-CV-UPI-2021-0007811]<br><br>**ORDER ON THIRD STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Action Filed: August 19, 2021 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to the Stipulation between Defendants CHESAPEAKE BAY HOLDINGS LLC dba CLEARWATER HEALTHCARE CENTER and COLORADO RIVER HOLDINGS LLC ("Defendants"), and Plaintiffs, MARTHA SCOTT JOHNSON, deceased, by and through her personal

legal representative and successor in interest, KOURTNE JOHNSON WARE; and KOURTNE JOHNSON WARE, individually ("Plaintiffs"), to extend the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint:

IT IS HEREBY ORDERED:

In the interests of judicial economy and to preserve the resources of the parties and the Court, Defendants CHESAPEAKE BAY HOLDINGS LLC dba CLEARWATER HEALTHCARE CENTER and COLORADO RIVER HOLDINGS LLC 's time to answer or otherwise respond to the complaint shall be extended from the current due date of February 4, 2022, to ten days following the Court's issuance of its ruling on Plaintiffs' Motion to Remand.

**IT IS SO ORDERED.**

DATED: February 3, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE