UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOURTNE JOHNSON WARE, guardian ad litem Martha Scott Johnson, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHESAPEAKE BAY HOLDINGS LLC, doing business as Clearwater Healthcare Center, et al., <br><br> Defendants. | No. 2:21-cv-01962-MCE-AC <br><br> **ORDER** |

Plaintiffs' Motion to Remand (ECF No. 11) is GRANTED.  Saldana v. Glenhaven Healthcare LLC, ___ F.3d ____, 2022 WL 518989 (9th Cir. 2022).  The Clerk of the Court is directed to REMAND this action to the San Joaquin County Superior Court.

IT IS SO ORDERED.

Dated: February 25, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1